Law Offices of
# Donald J. Yannella

A NY Professional Corporation
**Email: nynjcrimlawyer@gmail.com**
**Tel: (212) 226-2883**
**Fax: (646) 430-8379**

**135 Prospect Street, 1ˢᵗ floor**
**Ridgewood, NJ 07450**

**299 Broadway, Suite 800**
**New York, NY 10007**
(Preferred mailing address)

November 13, 2023

Hon. Kenneth M. Karas
United States District Judge
300 Quarropas Street
White Plains, NY 10601

      Re:    United States v. Donald Pegues
             11 Cr. 630 (KMK)
             23 Cr. 86 (KMK)

Dear Judge Karas:

      I am counsel for Donald Pegues in the above-captioned Violation of Supervised Release matters, which are scheduled for November 14, 2023.

      With the consent of Assistant United States Attorney Kaiya Arroyo, I respectfully request that the matters be adjourned for approximately thirty days. Mr. Pegues has two criminal cases pending in Yonkers which are next scheduled for November 30, 2023.

      Thank you for your courtesy and attention to this matter.

Granted.

The 11/14/23 conference is
adjourned to 12/ 14 /23, at 11:00

So Ordered.

11/13/23

Sincerely,

/s/ *Donald Yannella*

Donald J. Yannella, Esq.

cc. United States Pretrial Officer Lisa Faro