**MEMO ENDORSED**

Law Offices of
# Donald J. Yannella
A NY Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

| | |
|---|---|
| **135 Prospect Street, 1st floor**<br>**Ridgewood, NJ 07450** | **299 Broadway, Suite 800**<br>**New York, NY 10007** |

December 12, 2023

Hon. Kenneth M. Karas
United States District Judge
300 Quarropas Street
White Plains, NY 10601

　　　　Re:　United States v. Donald Pegues
　　　　　　　11 Cr. 630 (KMK) and 23 Cr. 86 (KMK)

Dear Judge Karas:

　　　　I am counsel for Donald Pegues in these Violation of Supervised Release matters, which are scheduled for a hearing at 11 AM on December 14, 2023. Mr. Pegues is detained, under Registration number 65539-054, at the Metropolitan Detention Center in Brooklyn, New York. The parties are engaged in discussions regarding a plea to at least some of the VOSR specifications, but a disposition will not be reached this week.

　　　　With the consent of Assistant United States Attorney Shawn Werbelow, the defense respectfully requests that the VOSR hearing be conducted on December 14th via videoconference, rather than in-person. Mr. Pegues has a severe infection in his leg which is causing swelling and discoloration. Being transported to court would be difficult, and we are attempting to make sure that Mr. Pegues is getting appropriate medical attention. At the VOSR hearing, we would report if progress has been made on this front.

　　　　Thank you for your courtesy and attention to this matter.

Sincerely,

/s/ *Donald Yannella*

Donald J. Yannella, Esq.

cc. United States Pretrial Officer Lisa Faro

---

Granted. Given Mr. Pegues' leg infection and the ministerial nature of the conference, the conference can be done over the telephone, as it is too late to set up a videoconference.

So Ordered.
12/13/23