UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>DONALD PEGUES,<br><br>                      Defendant. | No. 11-CR-630 (KMK)<br><br>ORDER |

KENNETH M. KARAS, District Judge:

The Metropolitan Detention Center is directed to submit a full medical report regarding Mr. Pegues' health issues by no later than 3:00 p.m. on Friday, December 15, 2023.

SO ORDERED.

DATED:    December 14, 2023
             White Plains, New York

                                                     KENNETH M. KARAS
                                                     UNITED STATES DISTRICT JUDGE