UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

DONALD PEGUES,

                Defendant.

Nos. 11-CR-630; 23-CR-86

SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

    As discussed on the record on December 14, 2023, the Court will hold a telephonic conference in this case at 4:00 p.m. on Friday, December 15, 2023.

SO ORDERED.

DATED:    December 14, 2023
                White Plains, New York

                                              KENNETH M. KARAS
                                              UNITED STATES DISTRICT JUDGE