UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | Nos. 11-CR-630 (KMK); 23-CR-86 (KMK) |
| DONALD PEGUES, | ORDER |
| Defendant. | |

KENNETH M. KARAS, District Judge:

The Metropolitan Detention Center is directed to bring Mr. Pegues to a hospital by no later than 4:00 p.m. on Monday, December 18, 2023. The Metropolitan Detention Center is further directed to provide to Assistant U.S. Attorney Shaun Werbelow any and all records concerning Mr. Pegues' diagnosis, as well as any and all records describing or otherwise relating to the treatment plan for Mr. Pegues by no later than 9:00 a.m. on Tuesday, December 19, 2023.

The Government is directed to provide a report to the Court and Mr. Pegues' counsel, Mr. Donald Yannella, regarding Mr. Pegues' diagnosis and treatment plan by no later than 10:00 a.m. on Tuesday, December 19, 2023.

Finally, as discussed on the record on December 15, 2023, the Court will hold a telephonic conference in this case at 3:00 p.m. on Tuesday, December 19, 2023.

SO ORDERED.

DATED:   December 15, 2023
         White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE