UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>DONALD PEGUES,<br><br>                Defendant. | Nos. 11-CR-630 (KMK); 23-CR-86 (KMK)<br><br>ORDER |

KENNETH M. KARAS, District Judge:

      The Metropolitan Detention Center is directed to contemporaneously advise the Government (Assistant United States Attorney Shaun Werbelow) regarding any changes in Mr. Pegues' hospital admission status, and to contemporaneously provide the Government updated medical reports regarding Mr. Pegues as those reports become available.

SO ORDERED.

DATED:    December 19, 2023
                White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE