**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

May 24, 2024

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:   *United States v. Donald Pegues*, 11-CR-630 (KMK) and 23-CR-86 (KMK)

Dear Judge Karas:

      Donald Pegues, the defendant in the above-captioned case, is scheduled to appear before Your Honor on May 29, 2024 at 2:30 p.m. for a status conference in connection with alleged violations of supervised release. Mr. Pegues appeared before the Court on May 7, 2024 for an arraignment on the April 29, 2024 violation report and was ordered remanded. The violation report was amended by the U.S. Probation Office on May 9, 2024 to include an additional violation discussed during the April 29 conference.

      Since the April 29 conference, the Government has obtained and produced to the defense the April 22, 2024 and May 1, 2024 arrest reports for the incidents referenced in the amended violation report, as well as an excerpt of the Yonkers City Camera footage of the April 22 altercation involving Mr. Pegues discussed in the amended violation report. The parties have had preliminary discussions regarding a possible resolution of this matter without a hearing. Mr. Pegues's scheduled appearances in Yonkers City Court were adjourned to June 17, 2024.

      In light of the foregoing, the parties and Probation jointly request that the May 29 status conference before Your Honor be adjourned until after June 17. The parties and Probation are available on June 24 at 2:30 p.m., which we understand is available for the Court.

Granted.

So Ordered.

5/24/24

Sincerely,

DAMIAN WILLIAMS
United States Attorney

By: _____
Shaun E. Werbelow
Assistant United States Attorney
Southern District of New York
(914) 993-1962

cc: Lisa Faro, U.S. Probation Officer
    Donald Yannella, Defense Counsel