UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

      -against-

DONALD PEGUES,

                  Defendant.

------------------------------------------------------------X

11-CR-630 (AEK)

**MEDICAL ATTENTION FORM**

**TO THE WARDEN OF THE WESTCHESTER COUNTY JAIL
OR ANY OTHER DETENTION FACILITY:**

The above-named defendant was seen for an initial appearance before this Court on July 24, 2025. At the proceeding, defense counsel reported that Mr. Pegues significant medical needs, as a result of having suffered a gunshot wound in March 2025. In addition to needing significant pain medication, Mr. Pegues has been recommended for both physical and occupational therapy.

Mr. Pegues's medical condition should be evaluated as promptly as possible upon his arrival at the correctional facility to ensure that he receives all necessary treatment and medications.

Dated: July 24, 2025
       White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge